JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LAVON S., | Case No. 5:23-cv-00981-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED:  November 29, 2023

_Karen E. Scott_
KAREN E. SCOTT
United States Magistrate Judge